IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| HORACE CARL ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-130 |
| ) | |
| HILTON HALL, Warden, and ) | |
| THURBERT E. BAKER, Attorney General, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to proceed *in forma pauperis* is deemed **MOOT**, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.[1]

SO ORDERED this 19 day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The CLERK is **DIRECTED** to serve a copy of the Magistrate Judge's Report and Recommendation, along with a copy of this Adoption Order, on Petitioner's court-appointed trial counsel for his state criminal proceedings, Mr. Clayton Jolly.